UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RODNEY SNEED, # 039033, ) | |
| KENNETH KEITH, # 037204, and ) | |
| TARRENCE GREEN, # 033584 , ) | |
| ) | CIVIL ACTION NO. |
| Plaintiffs, ) | |
| ) | 3:08-CV-2273-G |
| VS. ) | |
| ) | **ECF** |
| SHERIFF LESLEY COTTON, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. Nor did Rodney Sneed ("Sneed") inform the court in writing that he wishes to voluntarily dismiss this case without incurring a filing fee obligation. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge, **DISMISSES** plaintiffs Kenneth Keith and Tarrence Green without prejudice to each filing a new complaint in his own behalf on the appropriate 42

U.S.C. § 1983 form and accompanied by a properly executed request to proceed *in forma pauperis*, and **RE-REFERS** plaintiff Sneed's complaint to the magistrate judge to enter an order granting *in forma pauperis* status in accordance with 28 U.S.C. § 1915, and for further proceedings.

      **SO ORDERED**.

January 29, 2009.

                                          **A. JOE FISH**
                                          **Senior United States District Judge**